

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00854-CR

**IN RE** Jemadari Chinua **WILLIAMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza Rodriguez, Justice

On December 18, 2019, this court issued an opinion denying relator's petition for writ of mandamus. Relator timely filed a motion for extension of time in which to file a motion for rehearing/reconsideration. The motion is GRANTED. Contemporaneously with his motion for extension of time, relator filed a motion for rehearing and en banc reconsideration. After considering the arguments raised by the relator, the motion for rehearing and en banc reconsideration is hereby DENIED.

It is so **ORDERED** on January 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. B19346, styled *The State of Texas v. Jemadari Chinua Williams*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson presiding.